# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERTA CARTAGENA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS SCHROEDER and DEBRA L. SCHROEDER, INDIVIDUALLY, and as TRUSTEES OF THE THOMAS R. SCHROEDER and DEBRA L. SCHROEDER REVOCABLE LIVING TRUST,<br><br>　　　　Defendants. | Case No.: 1:16-cv-1728 DAD-BAM<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>**New Date**: March 7, 2017<br>Time:　　　9:30 a.m.<br>Courtroom: 8<br>Judge:　　Magistrate Judge Barbara A. McAuliffe |

On January 10, 2017, Defendant Thomas Schroeder, appearing *pro se*, filed a Motion to Continue/Reset the Scheduling Conference. (Doc. 8). In the motion, Defendant explains that, based on a previously scheduled trip, he is unavailable to attend the initial scheduling conference set for February 21, 2017. To date, Plaintiff has not filed an opposition to the motion. L.R. 230(c). Having reviewed the motion, the request to continue the initial scheduling conference is GRANTED. (Doc. 8). The Court CONTINUES the **INITIAL SCHEDULING CONFERENCE to Tuesday, March 7, 2017 at 9:30 a.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.

By no later than Tuesday, February 28, 2017, the parties shall file an updated JOINT Scheduling Conference Report listing proposed discovery and trial dates. Each party is encouraged to appear telephonically at the initial scheduling conference and may do so by dialing 1-877-411-9748 (access code 3190866), at the time of the conference.

IT IS SO ORDERED.

Dated: **February 3, 2017**　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1