**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERTA CARTAGENA, | Case No. 1:16-cv-01728-DAD-BAM |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| THOMAS R. SCHROEDER., et al., | **Date:** April 11, 2017 |
| Defendants. | **Time:** 10:00 a.m. |
| | **Dept.:** Courtroom 8 (BAM) |

On November 15, 2016, this Court issued an order requiring the parties attend a Mandatory Scheduling Conference set for February 21, 2017. (Doc. 6.) On February 3, 2017, the Court continued to the scheduling conference to March 7, 2017, at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe. (Doc. 10.)

On March 7, 2017, counsel for Plaintiff Herta Cartagena failed to appear. As a result, the scheduling conference could not proceed without the necessary input from Plaintiff Herta Cartagena, resulting in delay of this action. Due to counsel's failure to appear, the Court was required to continue the conference to April 11, 2017.

Accordingly, counsel for Plaintiff Herta Cartagena is ORDERED TO SHOW CAUSE why this Court should not impose sanctions for the failure to appear at the mandatory scheduling

1

conference.  Counsel shall respond to this Order to Show Cause, in writing, no later than **Friday, March 31, 2017**.  Further, a hearing on the Order to Show Cause is SET for **Tuesday, April 11, 2017, at 10:00 a.m. in Courtroom 8 (BAM)** before Magistrate Judge Barbara A. McAuliffe.  Failure to respond to this Order to Show Cause or appearing at the hearing may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **March 7, 2017**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE